IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, Inc., ROY GAMMON and DOES I-L, inclusive,<br><br>    Defendants.<br>_____/ | No. C 04-4649 CW<br><br>ORDER REINSTATING PLAINTIFF'S NATIONAL ORIGIN DISCRIMINATION CLAIM |

    On December 3, 2007, the Ninth Circuit issued its mandate in this case affirming in part and reversing and remanding in part the Court's July 20, 2005 order granting Defendant's motion to dismiss. The Ninth Circuit held that Plaintiff had exhausted her administrative remedies with respect to her claim that she was wrongfully terminated because of her national origin. Therefore, the Court REINSTATES this claim (the second cause of action in the second amended complaint). A case management conference will be held on January 8, 2008 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 12/06/07

                                      CLAUDIA WILKEN<br>                                      United States District Judge