PAULA CHAMPAGNE, Bar No. 76545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.743.6665

Attorneys for Defendant
AMERICAN AIRLINES INC.

F. ANTHONY EDWARDS, Bar No. 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596
Telephone: 925.947.1600

Attorneys for Plaintiff
DEBORAH ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C-04-4649 CW<br><br>ORDER GRANTNG<br>**STIPULATION FOR CONTINUATION OF MEDIATION**<br><br>Trial Date: June 18, 2009 |

On April 21, 2008, the parties attended a mediation before Court-appointed mediator Jean Gaskill. After several hours of mediation, the parties determined it would be helpful for each party to take one deposition before proceeding further, as neither party had yet taken any depositions.

The parties agreed that American would take Plaintiff's deposition on May 20, 2008 and that Plaintiff would take Roy Gammon's deposition on May 21, 2008. Both depositions are to take place at Littler Mendelson, 650 California Street, San Francisco, California, beginning at 9:30 a.m.

1.

Thereafter, Plaintiff's counsel and Defendant's counsel will have a telephone conference call with Mr. Gaskill at 11:00 a.m. on May 22, 2008 to discuss their positions and as to the continuation of the mediation, which is tentatively set for June 3, 2008 at 9:30 a.m. Attached is an email sent to counsel by Mr. Gaskill concerning his and the parties' understanding.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record that the Court extend the deadline by which the mediation should be concluded to June 3, 2008.

Dated: April 23, 2008

F. Anthony Edwards
LAW OFFICES OF F. ANTHONY EDWARDS
Attorneys for Plaintiff
DEBORAH ANDERSON

Dated: April 23, 2008

PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

APPROVED AND SO ORDERED:

Dated: 4/25, 2008

CLAUDIA WILKEN
United States District Court Judge

Firmwide:85002906.1 009001.1281

2.

STIPULATION FOR CONTINUATION OF MEDIATION             Case No. C-04-4649 CW

## Champagne, Paula

| | |
|---|---|
| **From:** | Jean Gaskill [gaskillj@alamedanet.net] |
| **Sent:** | Monday, April 21, 2008 4:51 PM |
| **To:** | Champagne, Paula; esquireace@hotmail.com |
| **Cc:** | claudia_forehand@cand.uscourts.gov |
| **Subject:** | Anderson v. American Airlines |

Counsel: This e-mail reflects the understanding we reached at the April 21 mediation session. We made significant progress toward reaching an accord. It was determined, however, that it would be helpful for the parties to take the key depositions before proceeding further and that we would resume the mediation after that.

Accordingly, we agreed that Plaintiff, Ms. Anderson would be deposed on May 20 and Mr. Gammon (American's manager who made the decision to terminate Ms. Anderson's employment) be deposed on May 21. Both depositions will take place at the offices of Littler Mendelson, 650 California Street, San Francisco commencing at 9:30 a.m.

I will place a telephone conference call to counsel at 11:00 a.m. on May 22 to discuss resumption of the mediation. We tentatively set June 3 as the date for resumption of the mediation.

In the meantime, Ms. Champagne has agreed to prepare a stipulation and proposed order to be lodged with Judge Wilken requesting an extension of the mediation deadline to June 20, in case we are not able to resume on June 3 as tentatively agreed.

I hope the court will grant the extension because I believe that further mediation can be productive.