| | |
|---|---|
| 1 | PAULA CHAMPAGNE, Bar No. 76545 |
|   | LITTLER MENDELSON |
| 2 | A Professional Corporation |
|   | 650 California Street, 20th Floor |
| 3 | San Francisco, CA  94108.2693 |
|   | Telephone:    415.433.1940 |
| 4 | Facsimile:     415.743.6665 |
| 5 | Attorneys for Defendant |
|   | AMERICAN AIRLINES INC. |
| 7 | F. ANTHONY EDWARDS, Bar No. 181606 |
|   | LAW OFFICES OF F. ANTHONY EDWARDS |
| 8 | 1850 Mt. Diablo Blvd., Suite 650 |
|   | Walnut Creek, CA  94596 |
| 9 | Telephone:    925.947.1600 |
| 10 | Attorneys for Plaintiff |
|   | DEBORAH ANDERSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH ANDERSON, | Case No. C-04-4649 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN AIRLINES, and DOES 1 through 50, inclusive, | Trial Date: June 18, 2009 |
| Defendants. | |

Plaintiff Deborah Anderson and Defendant American Airlines, Inc., through their respective counsel, hereby stipulate to a dismissal with prejudice of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

1.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**  Case No.  C-04-4649 CW

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Dated: _____, 2008

_____
F. Anthony Edwards
LAW OFFICES OF F. ANTHONY EDWARDS
Attorneys for Plaintiff
DEBORAH ANDERSON

Dated: _____, 2008

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

**ORDER**

Based upon the above stipulation, the Court hereby orders this case dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

6/17/08

Dated: _____, 2008

_____
CLAUDIA WILKEN
United States District Court Judge

Firmwide:85551575.1 009001.1281

2.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**          Case No.  C-04-4649 CW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940